AO91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __OKLAHOMA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Sherretta Pruitt | **CRIMINAL COMPLAINT**<br><br>Case Number:   04M-1633E |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __07-15-2003__ in __Comanche__ county, in the __Western__ District of __Oklahoma__ defendant(s) did,

**Willfully fail to pay fines imposed by the court.**

in violation of Title __18__ United States Code, Section(s) __3615__.

I further state that I am a(n) __Special Assistant US Attorney__ and that this complaint is based on the following facts:
Official Title

**On March 27, 2003 the Defendant was ordered to pay fines totaling $300.00 in full no later than June 15, 2003. She has failed to do so. There is a combined balance of $300.00.**

Continued on the attached sheet and made a part hereof:   ☐ Yes   ☒ No

_Signature_
Signature of Complainant, CPT, JA, SAUSA

Sworn to before me and subscribed in my presence,

January 6, 2005                                                         at   Lawton, Oklahoma
Date                                                                          City and State

SHON T. ERWIN, US MAGISTRATE JUDGE                _Signature_
Name and Title of Judicial Officer                                Signature of Judicial Officer